UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **FIFTH THIRD BANK, N.A.** | Case No. 1:24-cv-00236 |
| Plaintiff, | |
| v. | |
| **LOW VOLTAGE SERVICE, INC., and EVA SCHALLHORN**, | NOTICE OF REMOVAL |
| Defendants. | |

Defendants Low Voltage Service, Inc., and Eva Schallhorn hereby give notice of the removal of this action from the Hamilton County Court of Common Pleas to the United States District Court for the Southern District of Ohio.

1. This court has diversity jurisdiction under 28 USC 1332.

2. Plaintiff Fifth Third Bank is a nationally chartered bank that is a citizen of Ohio.

3. The only defendants in the case, Low Voltage and Schallhorn, are citizens of Illinois, and both join in this notice of removal.

4. According to ¶11 of the complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. The defendants were served with a copy of the initial pleading less than 30 days ago.

6. The case was filed and is pending in Hamilton County, Ohio, which is within this judicial district and division.

7. A copy of all process and pleadings (namely, the summons and complaint) are attached to this notice of removal.

8. As required by 28 USC 1446, written notice of this removal will be filed with the state court and served on counsel for the plaintiff.

Respectfully submitted,

*/s/ Jeffrey M. Nye*
Jeffrey M. Nye (0082247)
STAGNARO, SABA & PATTERSON, Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Tel. (513) 533-6714
Fax (513) 533-2999
jmn@sspfirm.com
**Counsel for defendants Low Voltage Service, Inc. and Eva Schallhorn**

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served on all counsel of record via email on the date of filing.

*/s/ Jeffrey M. Nye*
Jeffrey M. Nye