# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **FIFTH THIRD BANK, N.A.,** : | |
| : | CASE NO. 1:24-cv-00236 |
| **Plaintiff,** : | |
| : | Judge Jeffrey P. Hopkins |
| v. : | |
| : | NOTICE OF SUBSTITUTION OF |
| **LOW VOLTAGE SERVICE, INC., et al.,** : | COUNSEL |
| : | |
| **Defendants.** : | |

Fifth Third Bank, National Association, hereby gives notice that attorney Jeffrey M. Hendricks with the law firm of Bricker Graydon, LLP is substituted as counsel of record in place of Patricia L. Hill.

By this notice, the Clerk of Courts is requested to change the docket to reflect the substitution of counsel and the Court and all parties and counsel are requested to serve all future pleadings, notices, and orders upon Jeffrey M. Hendricks at the address below.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | |
| | */s/ Jeffrey M. Hendricks* |
| | Jeffrey M. Hendricks (0066889) |
| BRICKER GRAYDON LLP | *Attorneys for Plaintiff Fifth Third Bank,* |
| 312 Walnut Street | *National Association* |
| Suite 1800 | BRICKER GRAYDON LLP |
| Cincinnati, OH  45202 | 312 Walnut Street, Suite 1800 |
| Phone: (513) 621-6464 | Cincinnati, OH 45202 |
| Fax:    (513) 651-3836 | Phone: (513) 621-6464 |
| | Fax:    (513) 651-3836 |
| | E-mail: jhendricks@brickergraydon.com |

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing *Notice of Substitution of Counsel* was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email registered with the court (ii) ordinary U.S. mail, on August 22, 2024 addressed to:

Jeffrey M. Nye
Counsel for Defendants Low Voltage Service, Inc.
and Eva Schallhorn
Stagnaro, Saba & Patterson, Co., L.P.A.
2623 Erie Avenue
Cincinnati, OH 45208

                                                 */s/Jeffrey M. Hendricks*
                                                 Jeffrey M. Hendricks (0066889)