**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Case No. 1:24-cv-00236 |
| v. | : | |
| | : | Judge Jeffery P. Hopkins |
| LOW VOLTAGE SERVICE, INC, *ET AL.*, | : | |
| | : | |
| *Defendants.* | : | |

---

### SCHEDULING ORDER

---

A preliminary pretrial conference was held by telephone in this case on August 28, 2024.

### PERTINENT SETTINGS

1.  Required disclosures under Fed. R. Civ. P. 26(a)(1):      **September 20, 2024**

2.  Deadline for motions directed to pleadings:      **October 4, 2024**

3.  Deadline for motions to amend pleadings and/or add parties:      **October 4, 2024**

    *Following these dates, motions directed to pleadings and amendment to pleadings may be made only upon leave of Court, with notice to opposing counsel.*

4.  Disclosure of lay witnesses:      **December 6, 2024**

5.  Telephone status conference:      **December 10, 2024**
                                                                                                        **10:30 AM**

6.  Plaintiff's expert report(s) and designation(s):      **January 17, 2025**

7.  Defendant's expert report(s) and designation(s):      **February 28, 2025**

8.  Rebuttal expert report(s) and designation(s):      **March 28, 2025**

9.   Deadline for discovery:                                                                 <u>**April 25, 2025**</u>

10. Dispositive motion deadline:                                                     <u>**June 9, 2025**</u>

    *Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

11. Final Pretrial Conference:                                                        <u>**To be determined**</u>

12. Bench Trial:                                                                                     <u>**To be determined**</u>

        **IT IS SO ORDERED**.

Dated: <u>August 28, 2024</u>

                                    Jeffery P. Hopkins
                                    United States District Judge