# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>LOW VOLTAGE SERVICES, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-236<br><br>Judge Jeffery P. Hopkins |

## AMENDED SCHEDULING ORDER

A telephone status conference was held by telephone in this case on December 4, 2024. Attorney Roula Allouch appeared on behalf of Plaintiff; Attorney Jeffrey Nye appeared on behalf of Defendants.

### PERTINENT SETTINGS

| | |
|---|---|
| Dispositive motion deadline: | **January 31, 2025** |
| Responses to motion for summary judgment: | **February 14, 2025** |

**IT IS SO ORDERED**.

Dated: December 4, 2024

Jeffery P. Hopkins
United States District Judge