EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| FIFTH THIRD BANK, N.A. | : | Case No. 1:24-CV-00236 |
| Plaintiff, | : | Judge Jeffrey P. Hopkins |
| v. | : | |
| LOW VOLTAGE SERVICE, INC., et al. | : | AFFIDAIVT OF COUNSEL |
| Defendants. | : | |

STATE OF OHIO        )
                     ) ss:
COUNTY OF HAMILTON   )

Affiant, Jeffrey M. Hendricks, being duly sworn, deposes and states as follows:

1. I am an attorney with the law firm of BRICKER GRAYDON LLP and am licensed to practice law in the State of Ohio.

2. I am one of the attorneys for Plaintiff Fifth Third Bank, National Association ("Plaintiff") in the above-captioned matter, and I am competent to testify to the matters stated in this affidavit.

3. This case involves enforcement of a loan agreement and guaranty of a loan agreement between Plaintiff and Defendants Low Voltage Service, Inc., and Eva Schallhorn (collectively, "Defendants").

4. Pursuant to the Loan Agreement and Guaranty, as described in the Complaint filed in this matter, Defendants agreed to reimburse Plaintiff for any sums it expends in collecting the amount deliverable or otherwise due to Plaintiff under the such agreements including any costs. *See e.g.*, Loan Agreement §9, attached to Complaint as Exhibit A; Guaranty of Loan Agreement §1, attached to Complaint as Exhibit C.

19698144v1

5. As of November 12, 2024, Plaintiff incurred costs of $363.27 in connection with this matter, which costs continue to accrue.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Jeffrey M. Hendricks

Sworn to and subscribed before me by Jeffrey M. Hendricks on this 27th day of January, 2025.

_____
Notary Public

CECILY M PEREZ
Notary Public
State of Ohio
My Comm. Expires
December 28, 2025

19698144v1