IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, N.A., | : |
| *Plaintiff*, | : Case No. 1:24-cv-00236-JPH |
| v. | : Judge Jeffery P. Hopkins |
| LOW VOLTAGE SERVICE, INC., *et al.*, | : |
| *Defendants*. | : |

## ORDER

This matter is before the Court on Plaintiff Fifth Third Bank, N.A.'s ("Fifth Third" or "Plaintiff") Motion for Summary Judgment filed on January 30, 2025 (the "Motion"). Doc. 11. As of the date of this Order, Defendants have failed to respond.

Accordingly, Defendants are hereby **ORDERED TO SHOW CAUSE**, in writing and within **fifteen (15) days** of the filing date of this Order, why Plaintiff's Motion should not be construed as unopposed and granted for the reasons stated therein. Defendants may also satisfy the requirements of this Order by filing a responsive memorandum to Plaintiff's Motion by the aforementioned deadline. Failure to timely comply with this Order may result in an adverse adjudication against Defendants.

**IT IS SO ORDERED.**

June 9, 2025

Jeffery P. Hopkins
United States District Judge