UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **FIFTH THIRD BANK, N.A.** | Case No. 1:24-cv-00236 |
| Plaintiff, | |
| v. | RESPONSE TO SHOW-CAUSE ORDER (doc. 12) |
| **LOW VOLTAGE SERVICE, INC. et al.,** | |
| Defendants. | |

The Court has directed (doc. 12) the defendants to explain why they had not responded to the plaintiff's motion for summary judgment (doc. 11).

The answer is that the defendants determined that they had no grounds on which to oppose the motion. The undersigned believed that he had notified the Court and the plaintiff of the defendants' position, and apologizes for any miscommunication in that respect.

                                          Respectfully submitted,

                                          */s/ Jeffrey M. Nye*
                                          Jeffrey M. Nye (0082247)
                                          SSP Law, Co., L.P.A.
                                          2623 Erie Avenue
                                          Cincinnati, Ohio 45208
                                          Tel.   (513) 533-6714
                                          Fax   (513) 533-2999
                                          jmn@sspfirm.com
                                          **Counsel for defendants Low Voltage Service, Inc. and Eva Schallhorn**

## **CERTIFICATE OF SERVICE**

 I certify that a copy of this filing was served on counsel for the plaintiff via cm/ecf on the date of filing.

          */s/ Jeffrey M. Nye*
          Jeffrey M. Nye