IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, N.A., | : |
| *Plaintiff*, | : Case No. 1:24-cv-00236-JPH |
| v. | : Judge Jeffery P. Hopkins |
| LOW VOLTAGE SERVICE, INC., *et al.*, | : |
| *Defendants*. | : |

**JUDGMENT ENTRY ON PLAINTIFF FIFTH THIRD BANK, N.A.'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT (Doc. 14)**

Pursuant to this Court's Opinion & Order on Plaintiff Fifth Third Bank, N.A.'s ("Fifth Third") Unopposed Motion for Summary Judgment ("Opinion & Order") (Doc. 14), the Court renders judgment as follows:

**IT IS HEREBY ORDERED** that Fifth Third is granted judgment on Count One of its Complaint and against Defendant Low Voltage Service, Inc., jointly and severally, pursuant to the terms of the Loan Agreement for the principal sum of $93,000.00, plus late fees of $85.56 and other bank fees of $75.00, plus interest that continues to accrue thereafter at the rate of the Prime Rate + 7.36% per annum, plus accruing fees and the costs advanced and the costs of this action, including costs of $363.27 incurred by Plaintiff through November 12, 2024.

**IT IS FURTHER ORDERED** that Fifth Third is granted judgment on Count Two of its Complaint and against Defendant Eva Schallhorn, jointly and severally, pursuant to the terms of the Guaranty for the principal sum of $93,000.00, plus late fees of $85.56 and other bank fees of $75.00, plus interest that continues to accrue thereafter at the rate of the Prime

Rate + 7.36% per annum, plus accruing fees and the costs advanced and the costs of this action, including costs of $363.27 incurred by Plaintiff through November 12, 2024.

This is a final appealable order.

**IT IS SO ORDERED.**

September 16, 2025

Jeffery P. Hopkins
United States District Judge