Our File No. WWN70041
Prepared by and return to:
William E. Shaulis, President of
The Cadle Company, Manager of
Cadles of Grassy Meadows II, L.L.C.
100 North Center Street
Newton Falls, OH 44444-1321

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION
CASE NO. 1:24-CV-00236-JPH**

| PLAINTIFF(S): | V | DEFENDANT(S): |
|---|---|---|
| FIFTH THIRD BANK, N.A. | | LOW VOLTAGE SERVICE, INC. AND EVA SCHALLHORN |

## ASSIGNMENT OF JUDGMENT

  For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged **FIFTH THIRD BANK, NATIONAL ASSOCIATION**, located at 38 Fountain Square Plaza, Cincinnati, OH 45202 (hereinafter the "Assignor"), hereby transfers, assigns and conveys unto **CADLES OF GRASSY MEADOWS II, L.L.C.** located at 100 North Center Street, Newton Falls, OH 44444 (hereinafter the "Assignee"), all of Assignor's right, title and interest, if any, in the Judgment rendered in Case No. 1:24-CV-00236-JPH, dated on September 16, 2025 in the IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION wherein FIFTH THIRD BANK, N.A. was the Plaintiff and LOW VOLTAGE SERVICE, INC. AND EVA SCHALLHORN were the Defendant(s).

In witness whereof, the undersigned has hereunto set its hand by its duly authorized officer this _14th_ day of October, 2025.

                                          FIFTH THIRD BANK, NATIONAL ASSOCIATION, BY CADLES OF GRASSY MEADOWS II, L.L.C., ITS ATTORNEY IN FACT, BY LIMITED POWER OF ATTORNEY DATED SEPTEMBER 26, 2025 AND EFFECTIVE SEPTEMBER 29, 2025 AND RECORDED ON OCTOBER 3, 2025, WITH THE TRUMBULL COUNTY RECORDER, OHIO, UNDER INSTR. NO. 202510030017865.

_____
Witness

By: The Cadle Company, its Manager

_____
Witness

By: _____
Name: William E. Shaulis
Its: President


STATE OF OHIO

COUNTY OF TRUMBULL,

Before me, the undersigned, a Notary Public in and for said State and County, on this the _14_ day of October, 2025, personally appeared William E. Shaulis, to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as President of The Cadle Company, Manager of Cadles of Grassy Meadows II, L.L.C. and acknowledged to me that he executed the same as his free and voluntary act and deed of such maker, for the uses and purposes therein set forth.

_____
Notary Public

Debtor: LOW VOLTAGE SERVICE, INC. AND EVA SCHALLHORN
Our File No. WWN70041



Jeanine R Navarra
Notary Public, State of Ohio
My Commission Expires:
October 29, 2028