# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERNDISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| Cadles of Grassy Meadows II, L.L.C., Assignee | CASE NO. 1:24-CV-00236-JPH |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Low Voltage Service, Inc. and Eva Schallhorn | |
| Defendant. | |

Now comes Jeffrey J. Sobeck, Esq. and gives notice of appearance as counsel of record for Plaintiff, Cadles of Grassy Meadows II, L.L.C.

/s/ Jeffrey J. Sobeck
Jeffrey J. Sobeck, #0080076
Attorney for Plaintiff,
Cadles of Grassy Meadows II, L.L.C.
100 North Center Street
Newton Falls, OH  44444-1321
Telephone:  (888) 462-2353, ext. 3530
Telecopier:  (330) 872-5367
E-Mail:  jeffrey.sobeck@cadleco.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Notice of Appearance of Counsel was sent by regular U.S. Mail, postage prepaid, to the following this 15th day of October 2025:

LOW VOLTAGE SERVICE, INC  
3915 Winston Drive  
Hoffman Estates, IL 60192  
*Defendant*

EVA SCHALLHORN  
3915 Winston Drive  
Hoffman Estates, IL 60192  
*Defendant*

      /s/ Jeffrey J. Sobeck  
      Jeffrey J. Sobeck, #0080076  
      Attorney for Plaintiff,  
      Cadles of Grassy Meadows II, L.L.C.